IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL TUCKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 08-0186-KD-M |
| | : | |
| ASERACARE HOSPICE, LLC, | : | |
| | : | |
| Defendant. | : | |

ORDER

A settlement conference was held this date but the action was not settled. The parties were directed to contact the undersigned Magistrate Judge if it appeared that resuming the settlement conference would be beneficial.

The parties were reminded of the following deadlines: The date for completion of discovery and by which the parties are to file their joint settlement statement is **April 24, 2009;** any dispositive motions are to be filed by **May 22, 2009;** the final pretrial conference before Judge DuBose is set for **1:00 p.m. on September 3, 2009;** and jury selection is set for **8:45 a.m. on October 6, 2009.**

DONE this 19th day of March, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE